# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

N. F., as Parent and Next Friend of M.F, a Minor

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:19−cv−01759

　　　　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

Board Of Education Of The City Of Chicago, et al.

                                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Mary M. Rowland for the purpose of holding proceedings related to: settlement conference.(vcf, )Mailed notice.

Dated: May 10, 2019

                                                                        /s/ Charles P. Kocoras

                                                                   United States District Judge